IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                              CRIMINAL 12-0701CCC

YAMIL FRANCISCO ELIAS-RIVERA

Defendant

## ORDER

Having considered the Report and Recommendation filed on July 12, 2013 (**docket entry 63**) on a Rule 11 proceeding of defendant Yamil Francisco Elías-Rivera held before U.S. Magistrate Judge Camille L. Vélez-Rivé on July 10, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 10, 2013. The **sentencing hearing is set for October 8, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on July 31, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge